

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2021

No. 04-19-00443-CV

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**,
Appellant

v.

Peter **REININGER**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21617
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Appellee Peter Reininger's motion for rehearing is pending before the court. The court believes a serious question concerning the relief sought requires further consideration. The court hereby requests a response to Reininger's motion from appellant Allstate Vehicle and Property Insurance Company. See TEX. R. APP. P. 49.2. Appellant's response, if any, must be filed in this court **by March 22, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court